# United States Court of Appeals for the Fifth Circuit

———————

No. 25-11281
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

May 22, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BALDEMAR MALDONADO-VARA,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:25-CR-27-1

———————————————————

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Baldemar Maldonado-Vara pleaded guilty to illegal reentry after deportation and was sentenced to 30 months of imprisonment. On appeal, Maldonado-Vara challenges the voluntariness of his guilty plea and the district court's compliance with Rule 11 of the Federal Rules of Criminal Procedure.

—————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11281

Because Maldonado-Vara did not raise these issues in the district court, we review for plain error. *See United States v. Santiago*, 96 F.4th 834, 843 (5th Cir. 2024). Maldonado-Vara fails to identify a clear and obvious error that affects his substantial rights. *See Santiago*, 96 F.4th at 843; *United States v. Dominguez Benitez*, 542 U.S. 74, 83 (2004).

Accordingly, we AFFIRM the judgment of the district court.